UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHAN DURAPAU | CIVIL ACTION |
| VERSUS | NO: 21-1157 |
| JUSTIN K. MCLIN, ET AL | SECTION: "S" (3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Report and Recommendation of the United States Magistrate Judge, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS HEREBY ORDERED** that plaintiff's **Motion for Leave to File a First Amended Complaint** (Rec. Doc. 36) is **GRANTED**.

New Orleans, Louisiana, this   14th   day of February, 2025.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**